No. 98–457. DALE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–473. UNITED STATES EX REL. SEQUOIA ORANGE CO. ET AL. *v.* SUNKIST GROWERS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–488. MCDERMOTT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied.

No. 98–500. HOLMES ET AL. *v.* CALIFORNIA ARMY NATIONAL GUARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–535. TEXAS EDUCATION AGENCY *v.* MESSER. C. A. 5th Cir. Certiorari denied.

No. 98–551. TRIPLE A FIRE PROTECTION, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–559. AUSTIN *v.* DAWSON-AUSTIN. Sup. Ct. Tex. Certiorari denied.

No. 98–561. EXXEL/ATMOS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–569. AMSTERDAM VIDEO, INC., ET AL. *v.* CITY OF NEW YORK ET AL.; and
No. 98–574. HICKERSON ET AL. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 146 F. 3d 99.

No. 98–581. SOTH *v.* BALTIMORE SUNPAPERS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–583. JACKSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–622. FALOW *v.* GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 98–633. DUNN *v.* ALABAMA AGRICULTURAL AND MECHANICAL UNIVERSITY ET AL. Ct. Civ. App. Ala. Certiorari denied.